UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKEY WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13CV764 FRB |
| ) | |
| ANITA TRAMMELL, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court transferred this action to the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1631. Petitioner subsequently filed a notice of appeal, and the Clerk docketed the notice and forwarded it to the United States Court of Appeals for the Eighth Circuit. Because this case was transferred to Eastern Oklahoma, the notice of appeal should have been forwarded to that court for docketing. Therefore, the Court will direct the Clerk to forward the notice of appeal to Eastern Oklahoma. 28 U.S.C. § 1631.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer the notice of appeal to the Eastern District of Oklahoma for docketing.

Dated this  29th day of May, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE